## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 11, 2015

MEMO TO COUNSEL RE:  Medifast Franchise Systems, Inc., et al. v.
Team Wellness, Inc., et al.
Civil No. JFM-14-3668

Dear Counsel:

Defendant's deposition should be taken in Birmingham, Alabama or by telephone.  The choice is plaintiffs'.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge